BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant ARGAMANEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 10-00412 DLJ |
| Plaintiff, | **STIPULATION TO ADVANCE SENTENCING HEARING; ORDER** |
| v. | |
| DOLORES ARGAMANEZ-OROZCO, | Honorable D. Lowell Jensen |
| Defendant. | |

Defendant Dolores Argamanez-Orozco and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Tuesday, November 8, 2011, at 10:00 a.m., be advanced to Tuesday, September 27, 2011, at 10:00 a.m. The parties seek to advance the sentencing hearing because the Ninth Circuit has issued its decision in *United States v. Aguila Montes de Oca*, __ F.3d __ , 2011 WL 3506442, No. 05-50170 (9th Cir. Aug. 11, 2011) (en banc). Thus, further delay of Mr. Argamanez's

///

///

STIP. TO ADVANCE SENTENCING;
[PROPOSED] ORDER
No. CR 10-00412 DLJ          1

sentencing hearing is no longer necessary. The parties anticipate being prepared to proceed with sentencing on September 27, 2011.

Dated: 9/9/11 _____/s/_____
LARA S. VINNARD
Assistant Federal Public Defender

Dated: 9/9/11 _____/s/_____
CAROLYNE SANIN
Special Assistant United States Attorney

## ORDER

The parties have jointly requested that the sentencing hearing presently set for Tuesday, November 8, 2011, be advanced to Tuesday, September 27, 2011, because the parties anticipate being prepared to proceed with sentencing in light of the issuance of the Ninth Circuit's decision in *Aguila Montes de Oca*.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing date presently set for Tuesday, November 8, 2011, at 10:00 a.m., be advanced to Tuesday, September 27, 2011 at 10:00 a.m.

Dated: September 12, 2011 _____
D. LOWELL JENSEN
United States District Judge

STIP. TO ADVANCE SENTENCING;
[PROPOSED] ORDER
No. CR 10-00412 DLJ                    2